| B 104 | **ADVERSARY PROCEEDING COVER SHEET** | ADVERSARY PROCEEDING NUMBER |
|---|---|---|
| (Rev. 5/00) | (Instructions on Reverse) | (Court Use Only) |

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Official Committee of Unsecured Creditors of Norwood Promotional Products Holdings, Inc., et al. | See Attached Exhibit A1 |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Elliott Greenleaf<br>Arent Fox LLP<br>(See attached Exhibit A2) | Morris Nichols Arsht & Tunnell LLP<br>Brown Rudnick<br>(See attached Exhibit A3) |

**PARTY** (Check one box only)   __ 1 U.S. PLAINTIFF   __ 2 U.S. DEFENDANT   ✓ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Avoidance of liens of the Term A Lenders under 11 U.S.C. 547(b) and 551(c). The complaint also seeks a TRO or preliminary injunction to preclude credit bidding and escrow of related sale proceeds.

**NATURE OF SUIT**
(Check the one most appropriate)

| | | |
|---|---|---|
| __ 454 To Recover Money or Property<br>✓ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property<br>__ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property<br>__ 424 To object or to revoke a discharge 11 U.S.C. § 727 | __ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan<br>__ 426 To determine the dischargeability of a debt 11 U.S.C. §523<br>__ 434 To obtain an injunction or other equitable relief<br>__ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan | __ 456 To obtain a declaratory judgment relating to any of foregoing causes of action<br>__ 459 To determine a claim or cause of action removed to a bankruptcy court<br>__ 498 Other (specify) |

**ORIGIN OF PROCEEDINGS** (Check One Box Only)   ✓ 1 Original Proceeding   __ 2 Removed Proceeding   __ 4 Reinstated or Reopened   __ 5 Transferred from Another Bankruptcy Court   __ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND | OTHER RELIEF SOUGHT | JURY DEMAND |
|---|---|---|---|
| | | lien avoidance and related injunctive relief | |

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| Norwood Promotional Products Holdings, Inc., et al. | 09-11547 (PJW) |
|---|---|
| NAME OF DEBTOR | BANKRUPTCY CASE NO. |

| DISTRICT IN WHICH CASE IS PENDING Delaware   DIVISIONAL OFFICE | Peter J. Walsh<br>NAME OF JUDGE |
|---|---|

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| | | |

| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| | | |

| FILING FEE (Check one box only.) | ✓ FEE ATTACHED | __ FEE NOT REQUIRED | __ FEE IS DEFERRED |
|---|---|---|---|

| DATE | PRINT NAME | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|
| 6/15/09 | Rafael X. Zahralddin-Aravena | |

Local Form 109

# **Exhibit A**

1. Defendants:
   - Norwood Promotional Products, Inc.
   - Norwood Operating Company, LLC
   - The Bank of New York Mellon, as Agent for the Existing Bank Group (Term A Lenders)
   - Oppenheimer Senior Floating RA
   - Oppenheimer Master Loan Fund
   - Satellite Senior Income Fund
   - Atrium III
   - Credit Suisse Asset Mgmt SLF
   - Madison Park Funding II, Ltd.
   - Atrium V
   - First Dominion Funding III
   - Atalaya Funding II LLC
   - Jefferies Buckeye Master Fund
   - Continental Casualty Company
   - Allstate Life Insurance Co.
   - AIMCO CLO, Series 2005-A
   - AIMCO CLO, Series 2006-A
   - Longacre Capital PRT QP LP
   - Longacre Master Fund, Ltd.
   - Merrill Lynch Credit Prod., LLC
   - Nuveen Senior Income Fund
   - Epic Distressed Debt OPRT MSTR Fund Ltd.
   - Archimedes Funding III, Ltd.
   - Centurion CDO III, Limited
   - Doe Term A Lender Defendants Nos. 1-25

2. Attorneys for the Plaintiffs:

   Elliott Greenleaf
   1105 North Market Street, 17th Floor
   Wilmington, Delaware 19801
   Telephone: (302) 384-9400

   Arent Fox LLP
   1675 Broadway
   New York, New York 10019
   Telephone: (212) 484-3900

3.  Attorneys for the Defendants:

   Morris, Nichols, Arsht & Tunnell LLP
   1201 North Market Street, 18th Floor
   P.O. Box 1347
   Wilmington, Delaware 19899
   Telephone: (302) 658-9200

   Brown Rudnick
   Seven Times Square
   New York, New York 10036
   Telephone: (212) 209-4800